NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARMEN RIVERA
(Substituted for Roberto V. Ortiz),**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS
AFFAIRS,**
*Respondent-Appellee.*

---

2010-7097

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 06-932, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

The appellant moves for an extension of time, until November 15, 2010, to file her opening brief. The Secretary of Veterans Affairs moves for an extension of time, until January 27, 2011, to file his brief. The appellant moves without opposition to substitute Carmen Rivera as

the appellant and to substitute Omar A. Khan as principal counsel for the appellant.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.* The revised official caption is reflected above.

FOR THE COURT

JAN 14 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Omar Ali Khan, Esq.
     Meredyth Cohen Havasy, Esq.
     Margaret C. Bartley, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 14 2011

JAN HORBALY
CLERK

---

*    The unopposed motion to substitute is granted without prejudice to the Secretary making arguments in his brief concerning the substitution.